ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101-6718
Tel: 702.474.4222
Fax: 702.474.1320
robert@draskovich.com
Attorney for Defendant Parshall

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

AUG 1 2 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,        )   CASE NO: 2:20-mj-00621-VCF
                                 )
          Plaintiff,             )
                                 )
vs.                              )
                                 )   **ORDER CONTINUING**
                                 )   **PRELIMINARY EXAMINATION**
                                 )
STEPHEN PARSHALL,                )
                                 )
          Defendant.             )
_____  )

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court hereby finds that:

**IT IS HEREBY ORDERED** that the preliminary examination in the above-captioned matter currently scheduled for August 18, 2020 at 4:00 p.m., be vacated and continued to November 17, 2020 at 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED AND DONE this __12__ day of ___August___, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq. (6275)
Attorney for Defendant Parshall

-3-